Ralph Wilkerson, an Infant, by His Next Friend, Otis Wilkerson, Father and Natural Guardian, Plaintiff, v. Gilbert Martini, Doing Business as Martini Refrigerated Transports, Defendant. Citizens Casualty Company of New York, Intervenor-Appellant, v. Ralph Wilkerson, Cecil Finley and Gilbert Martine, Doing Business as Martine Refrigerated Transports, Respondents-Appellees.

Term No. 55–F–11.

Fourth District.

May 27, 1955.

Released for publication June 28, 1955.

This case is controlled by the decision in Hurley v. Finley, ante, p. 23.

Oehmke, Dunham & Boman, for intervenor-appellant; no brief filed for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.

---

* See Callaghan's Illinois Digest, same topic and section number.